IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES WELLS,

    Plaintiff,

v.  3:10cv382-WS/MD

SR KELLY, et al.,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 6) docketed January 14, 2011. The magistrate judge recommends that this case be dismissed for failure to comply with an order of the court.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's complaint and this action are DISMISSED without prejudice for failure to prosecute, to comply with an order of the court, and to keep the court informed of his current address.

3. The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this    15th    day of    February   , 2011.


                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE